Argued and submitted June 6, dismissal of petition for writ of habeas corpus on claim of inadequate medical treatment reversed and remanded; otherwise affirmed July 6, 2005

GREGORY PAUL WILSON,
*Appellant,*

*v.*

Brian BELLEQUE,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

04C-14869; A125664

114 P3d 544

Richard L. Wolf argued the cause and filed the brief for appellant.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Armstrong, Presiding Judge, and Brewer, Chief Judge, and Landau, Judge.*

PER CURIAM

_____
* Landau, J., *vice* Richardson, S. J.

## PER CURIAM

Plaintiff appeals a judgment that dismissed a petition for a writ of habeas corpus. In the petition, plaintiff challenged his continued incarceration in prison and an alleged failure to provide necessary medical care to address the presence of a sewing needle that is lodged inside plaintiff's body. We affirm without discussion the dismissal of the petition as it relates to plaintiff's challenge to his continued incarceration. As to the dismissal that relates to the alleged failure to provide necessary medical care, defendant concedes that the court erred in dismissing the petition on that claim. We have reviewed the record and agree with defendant's concession.

Dismissal of petition for writ of habeas corpus on claim of inadequate medical treatment reversed and remanded; otherwise affirmed.